# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2007

Clifford W. Taylor,
Chief Justice

133236

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DARRYL GENE ORR,
     Defendant-Appellant.

SC: 133236
COA: 264599
Wayne CC: 04-005075-01

_____/

On order of the Court, the application for leave to appeal the January 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk

p0521